# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| BERNELL JACKSON-ALLEYNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. CV415-326 |
| SNF HOLDING COMPANY/ | ) |
| CHEMTALL, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

In this employment discrimination case, the Court ordered Bernell Jackson-Alleyne to synthesize her Complaint (doc. 1) and inadequate attempt at an amendment (doc. 5). Doc. 6 (Order warning of dismissal if she neglected to file a second amended complaint). Having failed to do so, her Complaint should be **DISMISSED WITHOUT PREJUDICE** for failure to follow a Court order. *See* L.R. 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709

F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this  17th  day of August, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA