# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

| | | |
|---|---|---|
| BERNELL JACKSON-ALLEYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV415-326 |
| | ) | |
| SNF HOLDING COMPANY/, CHEMTALL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On August 17, 2016, the Court recommended that *pro se* plaintiff Bernell Alleyne's civil rights complaint be dismissed for failure to comply with the Court's order. Doc. 6 (Order warning of dismissal if she neglected to file a second amended complaint), 7 (Report and Recommendation for dismissal). Plaintiff has since filed a second amended complaint. Doc. 9. The Court therefore **VACATES** its Report and Recommendation to dismiss the complaint without prejudice, and will screen Alleyne's second amended complaint in a separate order.

**SO ORDERED,** this __17th__ day of October, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA