FILED
Scott L. Poff, Clerk
United States District Court

By tblanchard at 12:27 pm, May 24, 2017

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| BERNELL JACKSON-ALLEYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV415-326 |
| | ) | |
| SNF HOLDING COMPANY/ | ) | |
| CHEMTALL, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Bernell Jackson-Alleyne brought this employment discrimination case against SNF Holding Co./Chemtall ("SNF"), a Savannah, Georgia chemical company. Doc. 1. The Court granted her leave to file *in forma pauperis*, screened her case under 28 U.S.C. 1915(e)(2)(B)(ii) (authorizing dismissal of IFP complaints that fail to state a claim for relief), and directed service on SNF. Docs. 7, 11 & 15. SNF now moves to dismiss, contending that it has settled all of her legal claims with her[1] and, in any event, plaintiff has failed to administratively

---

[1] Plaintiff filed this case *pro se* on December 15, 2015. Doc. 1. SNF shows that Jackson-Alleyne also (while represented by counsel) pursued a workers' compensation claim against it and, on July 25, 2016, she signed a general release of *all* claims in

exhaust some of her current claims. Doc. 22. Jackson-Alleyne has failed to respond, so under Local Rule 7.5 she does not oppose the motion, which is otherwise legally supported.

Accordingly, SNF's Motion to Dismiss (doc. 22) should be **GRANTED** and this case should be **DISMISSED WITH PREJUDICE.**

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are

---

exchange for $60,000. Doc. 22 at 2-3. She even agreed to pay SNF for its litigation costs if she breached the settlement agreement. *Id.* at 8. SNF, however, pursues no such damages against her now.

advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 24th day of May, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA