IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BERNELL JACKSON-ALLEYNE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-326
)
SNF HOLDING )
COMPANY/CHEMTALL; )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 24), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of June 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA